IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY HARMAN** | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 1:12-CV-2033 |
| v. | : (Chief Judge Kane) |
| **YORK CITY SCHOOL DISTRICT** | : |
| Defendant | : |

**ORDER**

AND NOW, this 20th day of August, 2013, upon referral to mediation, **IT IS HEREBY ORDERED THAT** the case management deadlines are **STAYED** for sixty (60) days pending a report of the mediator. A telephone conference shall be held on November 6, 2013, at 1:30 p.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call. If settlement is reached through mediation prior to November 6, 2013, counsel shall notify the Court by telephone at (717) 221-3990.

    S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania